# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROBIN MCBRYDE-FRANKLIN**                                                                **PLAINTIFF**

**v.**                             **No. 5:14-CV-00417-BRW**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                            **DEFENDANT**

## ORDER ACCEPTING RECOMMENDED DISPOSITION

Pending is a recommended disposition ("RD"). No objections were filed and the time for doing so has passed. After reviewing the RD and the record, the Court ACCEPTS the recommended disposition and DENIES Plaintiff's request for relief. A judgment will be entered affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 16th day of October, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE